IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES FRANKLIN ROUNSAVALL,<br><br>    Defendant. | 4:94CR3033<br><br>**ORDER** |

The defendant's Bureau of Prisons medical records have been filed as a sealed document.

IT IS ORDERED that:

(1)   Upon receipt of the Probation Office's report and recommendation concerning the defendant's compassionate release motion, the undersigned will further progress this case.

(2)   The Clerk shall mail a copy of this order to the defendant at his last known address.

Dated this 10th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge