IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:94CR3033 |
| vs. | |
| JAMES FRANKLIN ROUNSAVALL, | ORDER |
| Defendant. | |

IT IS ORDERED that:

(1) The Federal Public Defender or his designee is appointed to represent the defendant concerning his compassionate release motion (Filing no. 274).

(2) The Federal Public Defender or his designee shall enter his appearance at his earliest convenience.

(3) The Clerk of Court shall provide a copy of Filing no. 274 and sealed Filing nos. 278 and 280 to the Federal Public Defender.

(4) The briefing schedule is extended. Counsel shall file simultaneous briefs on the issue of compassionate release no later than July 20, 2020.

Dated this 29th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge